---

| | |
|---|---|
| AARON HALL, KATHERINE GLOD, and JEFFREY BINDER, on behalf of themselves and all others similarly situated, | Case No.: 22-12743 |
| | Hon. F. Kay Behm |
| Plaintiffs, | |
| v. | |
| TRIVEST PARTNERS L.P., TGIF POWER HOME INVESTOR, LLC, and WILLIAM JAYSON WALLER, | |
| Defendants. | |

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joseph A. Doerr appears on behalf of

Defendant, William Jayson Waller, a.k.a. Jayson Waller.

Respectfully submitted,

Date: February 15, 2023

By:/s/ Joseph A. Doerr
    Joseph A. Doerr (P66109)
    838 W. Long Lake Road, Suite 211
    Bloomfield Hills, MI 48302
    (248) 212-0167
    joseph@doerrfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Nicholas A. Coulson; Robert M. Riley; Edward T. Sable; Lance T. Spitzig; and Benjamin VanderWerp.

/s/ Joseph A. Doerr
Joseph A. Doerr (P66109)
Doerr Law Firm PLLC
Local Counsel for Defendant William
J. Waller a.k.a. Jayson Waller
838 W. Long Lake Road, Suite 211
Bloomfield Hills, MI 48302
(248) 212-0167
joseph@doerrfirm.com