# Exhibit 1

| | |
|---|---|
| ID Number: 802033621 | Request certificate  Return to Results  New search |
| Summary for: POWER HOME SOLAR LLC | |
| The name of the FOREIGN LIMITED LIABILITY COMPANY: POWER HOME SOLAR LLC | |

**Entity type:** FOREIGN LIMITED LIABILITY COMPANY

**Identification Number:** 802033621  **Old ID Number:** E90785

**Date of Qualification in Michigan:** 04/06/2017

**Organized under the laws of:** the state of Delaware

**Purpose:**

**Term:** Perpetual

**The name and address of the Resident Agent:**

| | |
|---|---|
| Resident Agent Name: | CSC-LAWYERS INCORPORATING SERVICE (COMPANY) |
| Street Address: | 2900 WEST ROAD STE 500 |
| Apt/Suite/Other: | |
| City: | EAST LANSING   State: MI   Zip Code: 48823 |

**Registered Office Mailing address:**

| | |
|---|---|
| P.O. Box or Street Address: | 2900 WEST ROAD STE 500 |
| Apt/Suite/Other: | |
| City: | EAST LANSING   State: MI   Zip Code: 48823 |

View Assumed Names for this Business Entity

**View filings for this business entity:**

```
ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
CERTIFICATE OF CORRECTION
CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR RESIDENT AGENT
RESIGNATION OF RESIDENT AGENT
CERTIFICATE OF ASSUMED NAME
```

View filings

**Comments or notes associated with this business entity:**

Search Summary, State of Michigan Corporations Division

LARA FOIA Process   Transparency   Office of Regulatory Reinvention   State Web Sites

Michigan.gov Home   ADA   Michigan News   Policies

Copyright 2023 State of Michigan