# Exhibit 2

• File an Annual Report/Amend an Annual Report • Upload a PDF Filing • Order a Document Online • Add Entity to My Email Notification List • View Filings • Print a Pre-Populated Annual Report form • Print an Amended a Annual Report form

# Limited Liability Company

## Legal Name

Power Home Solar LLC

# Information

**SosId:** 1403424
**Status:** Current-Active ⓘ
**Date Formed:** 9/29/2014
**Citizenship:** Foreign
**State of Incorporation:** DE
**Annual Report Due Date:** April 15th
**Annual Report Status:** Current
**Registered Agent:** Corporation Service Company

# Addresses

### Reg Office
2626 Glenwood Ave Ste 550
Raleigh, NC 27608

### Reg Mailing
2626 Glenwood Ave Ste 550
Raleigh, NC 27608

### Mailing
919 N Main St
Mooresville, NC 28115

### Principal Office
919 N Main St
Mooresville, NC 28115

# Company Officials

All LLCs are managed by their managers pursuant to N.C.G.S. 57D-3-20.

### Authorized Signatory
Jasmine Carcieri
919 N. Main St.
Mooresville NC 28115

### Authorized Signatory
Steve Murphy
919 N. Main St
Mooresville NC 28115

### Manager
Renewable Clean Energies LLC
919 N. Main St
Mooresville NC 28115