UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON HALL, *et al.*,　　　　　　　　　　　　Case No. 22-12743

　　　Plaintiffs,　　　　　　　　　　　　　　F. Kay Behm
v.　　　　　　　　　　　　　　　　　　　　United States District Judge

TRIVEST PARTNERS, L.P., *et al.*,

　　　Defendants.
_____/

**ORDER DENYING MOTION FOR RULE 16**
**SCHEDULING CONFERENCE (ECF No. 45)**

　　　Plaintiffs move for the court to hold a Rule 16 scheduling conference. (ECF No. 45). All Defendants have filed answers to the complaint. (ECF Nos. 15, 35). Ordinarily, the court holds a Rule 16 scheduling conference once all Defendants have filed an answer to the complaint. Here, however, the court has granted Defendants Trivest Partners and TGIF Power Home Investor's motion for leave to file an interlocutory appeal. (ECF No. 49). Further, Defendant Waller has filed a motion for judgment on the pleadings. (ECF No. 37). Until such time as any appeal has been resolved and the motion for judgment on the pleadings decided, the court is not inclined to permit discovery to move forward.

For this reason, the motion for Rule 16 scheduling conference is **DENIED** without prejudice.  The court will revisit this issue after it renders a decision on the motion for judgment on the pleadings.

**SO ORDERED**.

Date: February 16, 2024              s/F. Kay Behm
                                     F. Kay Behm
                                     United States District Judge