No. 24-0102

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Mar 21, 2025
KELLY L. STEPHENS, Clerk
```

In re: TRIVEST PARTNERS LP, et al.,

    Petitioners.

Before: NORRIS, MOORE, and READLER, Circuit Judges.

# JUDGMENT

On Petition for Permission to Appeal.
United States District Court for the Eastern District of Michigan at Flint.

    THIS MATTER was heard on the record and the pleadings without oral argument. In accordance with the order entered on this date and incorporated herein,

    IT IS HEREBY ORDERED that the petition for permission to appeal is GRANTED, and that this matter is DISMISSED.

    ENTERED BY ORDER OF THE COURT

    *Kelly L. Stephens*
    Kelly L. Stephens, Clerk