UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON HALL, *et al.*,

      Plaintiffs,

                                    Case No. 22-12743
v.                             Related Case No. 25-50110

TRIVEST PARTNERS, L.P., *et al.*,        Hon. F. Kay Behm
                                    Hon. Curtis Ivy, Jr.

      Defendants.
_____/

## ORDER STAYING ACTION AND DENYING PENDING MOTIONS WITHOUT PREJUDICE

On May 23, 2025, the court issued an order denying Defendants'

motions to compel arbitration. Defendants filed notices of appeal as of right

on June 9, 2025. ECF Nos. 147, 149; *see* 9 U.S.C. § 16(a). While "the

interlocutory appeal on arbitrability is ongoing," the district court "must stay

its proceedings." *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 740 (2023).

Accordingly, it is **ORDERED** that this action and the related

miscellaneous action (Case No. 25-50110) are **STAYED** pending appeal.

For administrative purposes and docket efficiency, all pending motions

(Case No. 25-50110, ECF No. 11); (Case No. 22-12743, ECF Nos. 105, 130, 135) are **DENIED WITHOUT PREJUDICE.**

    **SO ORDERED.**

Dated: June 23, 2025                 <u>s/F. Kay Behm</u>
                                       F. Kay Behm
                                       United States District Judge