## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

AARON HALL, KATHERINE GLOD, and
JEFFREY BINDER, on behalf of themselves
and all others similarly situated,

     *Plaintiffs*,

     v.

TRIVEST PARTNERS L.P., TGIF POWER
HOME INVESTOR, LLC, TRIVEST
PARTNERS, INC., TRIVEST GROWTH
PARTNERS, INC., TRIVEST GROWTH
PARTNERS, L.P., TRIVEST GROWTH
PARTNERS GP, LLC, TRIVEST GROWTH
INVESTMENT FUND, L.P., TGIF POWER
HOME BLOCKER, INC., TRIVEST
INVESTMENT ADVISORS, LLC, and
WILLIAM JAYSON WALLER,

     *Defendants*.

No.: 4:22-cv-12743-FKB-CI

Hon. F. Kay Behm
Hon. Curtis Ivy, Jr.

### JOINT MOTION OF PLAINTIFFS AND DEFENDANT WALLER FOR INDICATIVE RULING ON MOTION TO LIFT STAY

Plaintiffs Aaron Hall, Katherine Glod, and Jeffrey Binder, on behalf of themselves and all others similarly situated, and Defendant William Jayson Waller (collectively, "Moving Parties"), through their respective counsel, hereby jointly move this Court pursuant to Federal Rule of Civil Procedure 62.1 for an indicative ruling on the Moving Parties' proposed joint motion to lift the stay of this action for the limited purposes of Plaintiffs filing a motion for preliminary approval of a

1

settlement between the Moving Parties and of effectuating that settlement. Counsel for Plaintiffs have conferred with counsel for all remaining parties, and they do not oppose the relief sought herein.

Dated: October 3, 2025                    Respectfully Submitted,

/s/ Nicholas Coulson
Nicholas A. Coulson (P78001)
*nick@coulsonpc.com*
Julia G. Prescott (P87673)
*jprescott@coulsonpc.com*
COULSON P.C.
300 River Place Drive, Suite 1700
Detroit, MI 48207
(313) 644-2685

*Counsel for Plaintiffs and the Putative Class*

/s/ Ashwini Jayaratnam
Ashwini Jayaratnam
DARROWEVERETT LLP
450 Seventh Avenue, Suite 1802 New York, NY 10123
T: (212) 335-2090
E: ajayaratnam@darroweverett.com

David Sullivan
DARROWEVERETT LLP
99 South Main Street, Suite 280
Fall River, MA
T: (212) 335-2090
E: dsullivan@darroweverett.com

David H. Fink (P28235)
*dfink@finkbressack.com*
Nathan J. Fink (P75185)
*nfink@finkbressack.com*
FINK BRESSACK

38500 Woodward Ave, Suite 350
Bloomfield Hills, MI 48304
T: (248) 971-2500

*Counsel for Defendant William
Jayson Waller*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| AARON HALL, KATHERINE GLOD, and JEFFREY BINDER, on behalf of themselves and all others similarly situated, | |
| *Plaintiffs*, | |
| v. | No.: 4:22-cv-12743-FKB-CI |
| TRIVEST PARTNERS L.P., TGIF POWER HOME INVESTOR, LLC, TRIVEST PARTNERS, INC., TRIVEST GROWTH PARTNERS, INC., TRIVEST GROWTH PARTNERS, L.P., TRIVEST GROWTH PARTNERS GP, LLC, TRIVEST GROWTH INVESTMENT FUND, L.P., TGIF POWER HOME BLOCKER, INC., TRIVEST INVESTMENT ADVISORS, LLC, and WILLIAM JAYSON WALLER, | Hon. F. Kay Behm Hon. Curtis Ivy, Jr. |
| *Defendants*. | |

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' AND DEFENDANT WALLER'S JOINT MOTION FOR INDICATIVE RULING ON MOTION TO LIFT STAY

## <u>STATEMENT OF ISSUES PRESENTED</u>

1. Should this Court issue a ruling indicating that it would grant the moving parties' joint motion to lift the stay of this action so that the moving parties may move for preliminary approval of their settlement agreement?

## <u>CONTROLLING OR MOST APPROPRIATE AUTHORITY</u>

**Cases**

*Payors v. United Healthcare Servs., Inc. (In re Nat'l Prescription Opiate Litig.)*, No. 25-3118, 2025 U.S. App. LEXIS 18636 (6th Cir. July 25, 2025)

*Halderman v. Herring Networks, Inc.*, No. 24-51057, 2025 U.S. Dist. LEXIS 95066 (E.D. Mich. May 19, 2025)

**Other**

Federal Rule of Civil Procedure 62.1(a)(3)

As the Court has been apprised, Plaintiffs Aaron Hall, Katherine Glod, and Jeffrey Binder, on behalf of themselves and all others similarly situated, and Defendant William Jayson Waller (collectively, "Moving Parties") previously reached the terms of a provisional class settlement. That settlement has now been finalized, but it must be approved by this Court pursuant to Fed. R. Civ. P. 23. Accordingly, pursuant to Fed. R. Civ. P. 62.1, the Moving Parties jointly request an indicative ruling that the Court will, upon remand from the Sixth Circuit Court of Appeals, lift the stay of these proceedings for the limited purposes of Plaintiffs filing a motion for preliminary approval of the Moving Parties' settlement agreement

On May 23, 2025, this Court denied the defendants' motions to compel arbitration. The defendants filed notices of appeal on June 9, 2025. ECF Nos. 147, 149. Accordingly, on June 23, 2025, this Court stayed this action pending appeal. ECF No. 151 (citing *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 740 (2023)).

By this Court's April 30, 2025, order, the parties mediated this dispute on May 2, 2025. Following that mediation, the Moving Parties have now executed a complete settlement agreement.

Pursuant to Fed. R. Civ. P. 23(e), the settlement agreement requires the Court's approval. *See Vassalle v. Midland Funding LLC*, 708 F.3d 747, 754 (6th Cir.

1

2013).[1] The Moving Parties therefore move to lift the stay of this action for the limited purposes of Plaintiffs filing a motion for preliminary approval of the settlement agreement.

Pursuant to *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 740 (2023), this action is stayed pending defendants' appeal of the denial of their motions to compel arbitration. ECF No. 151. Moreover, the filing of a notice of appeal typically divests a district court of jurisdiction over the subject matter of the appeal. *See Taylor v. KeyCorp*, 680 F.3d 609, 616 (6th Cir. 2012).

However, under the Federal Rules of Civil Procedure, "[i]f a timely motion is made for relief that the court lacks authority to grant because of an appeal that has been docketed and is pending, the court may . . . state either that it would grant the motion if the court of appeals remands for that purpose or that the motion raises a substantial issue." Fed. R. Civ. P. 62.1(a)(3); *accord Payors v. United Healthcare Servs., Inc. (In re Nat'l Prescription Opiate Litig.)*, No. 25-3118, 2025 U.S. App. LEXIS 18636, at *3 (6th Cir. July 25, 2025); *see also Halderman v. Herring Networks, Inc.*, No. 24-51057, 2025 U.S. Dist. LEXIS 95066, at *11-12 (E.D. Mich.

---

[1] Under the terms of the settlement agreement, Defendant Waller, following entry into the settlement agreement, must, "as promptly as reasonably possible," seek approval of the proposed settlement from the Bankruptcy Trustee for Power Home Solar, LLC and from the Bankruptcy Court where Power Home Solar, LLC filed for bankruptcy.   Following such approval, assuming it is granted, Plaintiffs can move for the preliminary approval of the settlement agreement from this Court.

May 19, 2025) (allowing a "freestanding" motion under Rule 62.1 where the moving party "sufficiently states the merits of its substantive argument").

Accordingly, the Moving Parties hereby respectfully request that this Court enter the attached proposed Order indicating that, should the U.S. Court of Appeals for the Sixth Circuit issue a limited remand of this action for purpose of effectuating the parties' settlement, the Court will grant the Moving Parties' motion to lift the stay for the limited purposes of Plaintiffs filing a motion for preliminary approval and of effectuating the settlement agreement.

If the Court states that it would grant the relief requested if the Court of Appeals remanded for that purpose, then the Moving Parties will notify the circuit clerk under Federal Rule of Appellate Procedure 12.1 and request a limited remand. Upon remand, and once the required approvals have been obtained, Plaintiffs would then move for preliminary approval of the settlement (the first of two required approvals). The action would remain pending against the remaining Defendants.

Dated: October 3, 2025                    Respectfully Submitted,

                                          */s/ Nicholas Coulson*
                                          Nicholas A. Coulson (P78001)
                                          *nick@coulsonpc.com*
                                          Julia G. Prescott (P87673)
                                          *jprescott@coulsonpc.com*
                                          COULSON P.C.
                                          300 River Place Drive, Suite 1700
                                          Detroit, MI 48207

(313) 644-2685

*Counsel for Plaintiffs and the Putative Class*

*/s/ Ashwini Jayaratnam*

Ashwini Jayaratnam
DARROWEVERETT LLP
450 Seventh Avenue, Suite 1802 New York,
NY 10123
T: (212) 335-2090
E: ajayaratnam@darroweverett.com

David Sullivan
DARROWEVERETT LLP
99 South Main Street, Suite 280
Fall River, MA
T: (212) 335-2090
E: dsullivan@darroweverett.com

David H. Fink (P28235)
*dfink@finkbressack.com*
Nathan J. Fink (P75185)
*nfink@finkbressack.com*
FINK BRESSACK
38500 Woodward Ave, Suite 350
Bloomfield Hills, MI 48304
T: (248) 971-2500

*Counsel for Defendant William
Jayson Waller*