UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AARON HALL, KATHERINE GLOD, and JEFFREY BINDER, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRIVEST PARTNERS L.P., TGIF POWER HOME INVESTOR, LLC, TRIVEST PARTNERS, INC., TRIVEST GROWTH PARTNERS, INC., TRIVEST GROWTH PARTNERS, L.P., TRIVEST GROWTH PARTNERS GP, LLC, TRIVEST GROWTH INVESTMENT FUND, L.P., TGIF POWER HOME BLOCKER, INC., TRIVEST INVESTMENT ADVISORS, LLC, and WILLIAM JAYSON WALLER,<br><br>*Defendants*. | No.: 4:22-cv-12743-FKB-CI<br><br>Hon. F. Kay Behm<br>Hon. Curtis Ivy, Jr. |

## ORDER GRANTING JOINT MOTION OF PLAINTIFFS AND DEFENDANT WALLER FOR INDICATIVE RULING ON MOTION TO LIFT STAY

This matter came before the Court on Plaintiffs' and Defendant Waller's (the "Moving Parties") joint motion, pursuant to Rule 62.1 of the Federal Rules of Civil Procedure, for an indicative ruling on the Moving Parties' joint motion to lift the stay order entered June 23, 2025, ECF No. 151. Although the filing of Defendant Waller's notice of appeal, dated June 9, 2025, ECF No. 149, divested this Court of

1

jurisdiction over the matter, s*ee Taylor v. KeyCorp*, 680 F.3d 609, 616 (6th Cir. 2012), this Court may issue an indicative ruling stating that it would grant such a motion, or that the motion raises a substantial issue. Fed. R. Civ. P. 62.1(a)(3); *Payors v. United Healthcare Servs., Inc. (In re Nat'l Prescription Opiate Litig.)*, No. 25-3118, 2025 U.S. App. LEXIS 18636, at *3 (6th Cir. July 25, 2025).

Having considered the Moving Parties' Motion and the entire record, and based on the Moving Parties' representation that they have reached a settlement of their dispute in this matter, the Court is of the opinion that if the case is remanded to it by the Court of Appeals for the Sixth Circuit, it will grant the request to lift the stay.

**IT IS THEREFORE ORDERED** that the Moving Parties' motion for an indicative ruling is **GRANTED**. If this case is remanded to the District Court by the Court of Appeals, this Court hereby indicates that it would grant the Moving Parties' motion to lift the stay of these proceedings for the limited purposes of Plaintiffs filing a motion for preliminary approval of the Moving Parties' settlement agreement and of effectuating that agreement.

**SO ORDERED.**

Date: October 21, 2025         s/F. Kay Behm
                               F. Kay Behm
                               United States District Judge