**FILED**
Oct 31, 2025
KELLY L. STEPHENS, Clerk

Case Nos. 25-1535

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

AARON HALL; KATHERINE GLOD; JEFFREY BINDER,

        Plaintiffs-Appellees

v.

TRIVEST PARTNERS LP; TGIF POWER HOME INVESTOR, LLC; TRIVEST INVESTMENT ADVISORS, LLC; TRIVEST PARTNERS, INC.; TRIVEST GROWTH PARTNERS, INC.; TRIVEST GROWTH PARTNERS, LP; TRIVEST GROWTH PARTNERS GP, LLC; TRIVEST GROWTH INVESTMENT FUND, LP; TGIF POWER HOME BLOCKER, INC.; DARROWEVERETT LLP,

        Defendants,

WILLIAM JAYSON WALLER,

        Defendant-Appellant.

## ORDER FOR LIMITED REMAND

In accordance with the confidential agreement reached by the parties following mediation negotiations under Rule 33 of the Sixth Circuit Rules, the parties have jointly moved, pursuant to Rule 12.1 of the Federal Rules of Appellate Procedure, to remand this case to the United States District Court for the Eastern District of Michigan for the purpose of granting the Parties' motion to lift the stay of proceedings so Plaintiffs may file a motion for preliminary approval of the Parties' settlement agreement and the Parties may effectuate that agreement.

Upon consideration of the motion, and further considering the District Court's Order of October 21, 2025,

**IT IS ORDERED** that the motion shall be, and it hereby is GRANTED. This appeal is remanded to the District Court for further proceedings. The parties shall notify this Court within 28 days following the District Court's decision and the effect of such decision on disposition of this appeal.

ENTERED PURSUANT TO RULE 33
OF THE SIXTH CIRCUIT RULES

*Kelly L. Stephens*
Kelly L. Stephens, Clerk

United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 10/31/2025.

**Case Name:** Aaron Hall, et al v. Trivest Partners LP, et al
**Case Number:** 25-1535

**Docket Text:**
ORDER filed : REMANDED with jurisdiction retained; [7435153-2] Upon consideration of the motion, and further considering the District Court's Order of October 21, 2025, IT IS ORDERED that the motion shall be, and it hereby is GRANTED. This appeal is remanded to the District Court for further proceedings. The parties shall notify this Court within 28 days following the District Court's decision and the effect of such decision on disposition of this appeal.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

**A copy of this notice will be issued to:**

Mr. Nicholas Alexander Coulson
Ms. Kinikia D. Essix
Ms. Ashwini Jayaratnam
Mr. David A. Sullivan