**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

<table>
<tr><td>Kelly L. Stephens<br>Clerk</td><td>100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988</td><td>Tel. (513) 564-7000<br>www.ca6.uscourts.gov</td></tr>
</table>

Filed: July 30, 2026

Ms. Kinikia D. Essix
Eastern District of Michigan at Flint
600 Church Street
Suite 140 Federal Building
Flint, MI 48502-0000

    Re:  Case No. 25-1278/25-1538
          *Aaron Hall, et al v. Trivest Partners LP, et al*
          Originating Case No. 4:22-cv-12743

Dear Ms. Essix,

    Enclosed is a copy of the mandate filed in this case.

                    Sincerely,

                    s/Kelly Stephens
                    Appeal Case Manager: Roy

cc: Mr. Nicholas Alexander Coulson
    Mr. Brian David Schmalzbach
    Mr. Frank Talbott
    Mr. Richard Trent Taylor

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 25-1278/25-1538

_____

Filed: July 30, 2026

AARON HALL; KATHERINE GLOD; JEFFREY BINDER

     Plaintiffs - Appellees

v.

TRIVEST PARTNERS LP; TGIF POWER HOME INVESTOR, LLC

     Defendants - Appellants

WILLIAM JAYSON WALLER; TRIVEST INVESTMENT ADVISORS, LLC; TRIVEST PARTNERS, INC.; TRIVEST GROWTH PARTNERS, INC.; TRIVEST GROWTH PARTNERS, LP; TRIVEST GROWTH PARTNERS GP, LLC; TRIVEST GROWTH INVESTMENT FUND, LP; TGIF POWER HOME BLOCKER, INC.; DARROWEVERETT LLP

     Defendants

### MANDATE

Pursuant to the court's disposition that was filed 06/16/2026 the mandate for this case hereby issues today.

COSTS:  None